UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Petitioner, ) | |
| v. ) | MBD NO. 05-10055 |
| ) | |
| HARTMUT TEUBER, ) | |
| ) | |
| Respondent. ) | |

## ORDER TO SHOW CAUSE

Upon the Petition, the Exhibit(s) attached thereto, including the Declaration of Maryanne Coburn, Revenue Officer of the Internal Revenue Service, and upon the motion of Michael Sullivan, United States Attorney for the District of Massachusetts, it is

ORDERED that the respondent appear before the District Court of the United States for the District of Massachusetts, in that branch thereof presided over by the undersigned in Courtroom #15 on the 5th floor, on the **5th day of April, 2005 at 2:45 P.M.** to show cause why he should not be compelled to obey the Internal Revenue Service Summons served upon him on March 18, 2004.  It is further

ORDERED that a copy of this Order, together with the Petition and Exhibit(s) thereto, be personally served upon Hartmut Teuber on or before March 29, 2005.  It is further

ORDERED that within five days of service of copies of this Order, the Petition and Exhibit(s), the respondent shall file and serve a written response to the Petition.

DATED at Boston, Massachusetts on this 7th day of February, 2005.

/ s / Judith Gail Dein
Judith Gail Dein
United States Magistrate Judge