**U.S. Department of Justice**
**United States Marshals Service**

# PROCESS RECEIPT AND RETURN
See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.

| | |
|---|---|
| PLAINTIFF: United States Of America | COURT CASE NUMBER: 05-MBD-10055-JGD |
| DEFENDANT: Hartmut Teuber | TYPE OF PROCESS: Order to Show Cause |

**SERVE** NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Hartmut Teuber

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
36 Kilsythe Road, Arlington, MA 02474

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Barbara Healy Smith, AUSA
U.S. Attorney's Office
1 Courthouse Way — Suite 9200
Boston, MA 02210

Number of process to be served with this Form - 285:
Number of parties to be served in this case:
Check for service on U.S.A.:

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Please serve on or before 3/29, 2005

Signature of Attorney or other Originator requesting service on behalf of: X PLAINTIFF
TELEPHONE NUMBER: 617-748-3282
DATE: 1/31/05

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. | Total Process: 1 | District of Origin No. 38 | District to Serve No. 38 | Signature of Authorized USMS Deputy or Clerk: Nancy Inlawra | Date: 2/14/05 |

Name and title of individual served (if not shown above): Hartmut Teuber

Address (complete only if different than shown above):
39 Kilsythe Rd
Arlington, MA

Date of Service: 3/22/05
Time: 1200 pm

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or Amount of Refund |
|---|---|---|---|---|---|
| 180.00 | 5.84 | — | 185.84 | — | — |

REMARKS:
Endeavor 1  2-23-05  10:15 AM
Endeavor 2  2-25-05  11:30 AM  SW
Found address to be 39 Kilsythe Rd
Endeavor 3  3-18-05  1410 SW  Arlington

**PRIOR EDITIONS MAY BE USED**   **1. CLERK OF THE COURT**   FORM USM-285 (Rev. 12/15/80)

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,  )  <br> )  <br> Petitioner,  )  <br> v.  )  <br> )  <br> HARTMUT TEUBER,  )  <br> )  <br> Respondent.  ) | MBD NO. 05-10055 |

COPY

## ORDER TO SHOW CAUSE

Upon the Petition, the Exhibit(s) attached thereto, including the Declaration of Maryanne Coburn, Revenue Officer of the Internal Revenue Service, and upon the motion of Michael Sullivan, United States Attorney for the District of Massachusetts, it is

ORDERED that the respondent appear before the District Court of the United States for the District of Massachusetts, in that branch thereof presided over by the undersigned in Courtroom #15 on the 5th floor, on the **5th day of April, 2005 at 2:45 P.M.** to show cause why he should not be compelled to obey the Internal Revenue Service Summons served upon him on March 18, 2004. It is further

ORDERED that a copy of this Order, together with the Petition and Exhibit(s) thereto, be personally served upon Hartmut Teuber on or before March 29, 2005. It is further

ORDERED that within five days of service of copies of this Order, the Petition and Exhibit(s), the respondent shall file and serve a written response to the Petition.

DATED at Boston, Massachusetts on this 7th day of February, 2005.

_____
Judith Gail Dein
United States Magistrate Judge