UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br>           Petitioner,<br><br>v.<br><br>HARTMUT TEUBER,<br>           Respondent. | )<br>)<br>)<br>)<br>) M.B.D. No. 05-10055-JGD<br>)<br>)<br>)<br>) |

**ORDER ENFORCING INTERNAL
REVENUE SERVICE SUMMONS**

The Petition to Enforce Internal Revenue Service Summons having come before United States Magistrate Judge Judith Gail Dein for hearing on May 9, 2005 and the respondent, Hartmut Teuber, not having shown any cause why he should not obey the Summons issued to him on March 18, 2004:

IT IS ORDERED that Hartmut Teuber obey the Summons and appear (with the documents described in the Summons) before Revenue Officer Maryanne Coburn or any other officer of the Internal Revenue Service authorized to examine the records and take his testimony on or before _JUNE 29_, 2005 at _2:30_ AM/PM at the office of the Internal Revenue Service, One Montvale Avenue, Stoneham, MA 02180, Tel. #(781) 835-4206. Failure to comply with this Order shall make the respondent liable for a finding of contempt of court.

_Judith Gail Dein_
JUDITH GAIL DEIN
UNITED STATES MAGISTRATE JUDGE

Dated: May 9, 2005