UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                    )
UNITED STATES OF AMERICA,           )
        Petitioner,                 )
                                    )
v.                                  )      M.B.D. No. 05-10055-JGD
                                    )
HARTMUT TEUBER,                     )
        Respondent.                 )
_____)

## MOTION TO WITHDRAW PETITION
## TO ENFORCE INTERNAL REVENUE SERVICE SUMMONS

The United States of America, on behalf of its agency, the Internal Revenue Service, and by its attorney, Michael J. Sullivan, United States Attorney for the District of Massachusetts, hereby moves this Court to withdraw its Petition to Enforce Internal Revenue Summons which was filed with this Court.

The petitioner now seeks to withdraw its petition because the respondent, Hartmut Teuber, has complied with the Internal Revenue Service Summons.

        Respectfully submitted:

        MICHAEL J. SULLIVAN,
        United States Attorney

By: /s/Barbara Healy Smith
    BARBARA HEALY SMITH
    Assistant U.S. Attorney
    John Joseph Moakley U.S. Courthouse
    1 Courthouse Way - Suite 9200
    Boston, MA  02210
    (617) 748-3282

CERTIFICATE OF SERVICE

This is to certify that I have this day served upon the parties of record a copy of the foregoing document by depositing in the United States mail a copy of same in an envelope bearing sufficient postage for delivery:

       /s/ Barbara Healy Smith
      ASSISTANT UNITED STATES ATTORNEY

Dated: October 21, 2005